IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00231-REB-BNB

CEDRIC PEEBLES,

Plaintiff,

v.

ADAMS 12 FIVE STAR SCHOOLS,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED:

     (1)    **Adams 12 Five Star Schools' Unopposed Motion to Modify Scheduling Order** [Doc. # 20, filed 8/30/2011] is GRANTED; and

     (2)    The discovery cut-off of August 31, 2011, and the dispositive motion deadline of September 6, 2011, are VACATED, to be reset after there has been a ruling on the Plaintiff's Motion for Leave to Supplement Complaint.

DATED:  August 31, 2011