IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge R. Brooke Jackson**

---

Courtroom Deputy: Laura Galera             Date: December 29, 2011
Court Reporter:    Tamara Hoffschildt

---

Civil Action No. 11-cv-00231-RBJ-BNB

*Parties*:                                    *Counsel*:

CEDRIC PEEBLES,                               Scott Evans

      Plaintiff,

v.

ADAMS 12 FIVE STAR SCHOOLS,                   David L. Olson, II

      Defendant.

---

COURTROOM MINUTES

---

MOTION HEARING

**9:02 a.m.        Court in session.**

Discussion regarding communication between attorneys.

Mr. Evans has no objection to the Motion for Expedited Entry of Protective Order (Doc. #46) or Adams 12 Five Star Schools' Motion to Seal Confidential Dispositive Motion Exhibits (Doc. #47).

**ORDERED:**   Motion for Expedited Entry of Protective Order (Doc. #46) is GRANTED.

**ORDERED:**   Adams 12 Five Star Schools' Motion to Seal Confidential Dispositive Motion Exhibits (Doc. #47) is GRANTED.

The Court will issue a written ruling on the Motion to Dismiss Plaintiff's Claims of Retaliation and Wronful [sic] Discharge (Doc. #31).

**9:08 a.m.        Court in recess.**

Hearing concluded.
Time: 0:06