IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00231-RBJ-BNB

CEDRIC PEEBLES,

Plaintiff,

v.

ADAMS 12 FIVE STAR SCHOOLS,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Vacate the January 11, 2012 Final Pretrial Conference** [docket no. 54, filed January 3, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The Pretrial Conference set for **January 11, 2012**, and the related deadlines associated with it, are **VACATED**.

DATED:  January 3, 2012